# DAVID J. HARRIS
ATTORNEY AT LAW
SUITE 700
69 PUBLIC SQUARE
WILKES-BARRE, PA. 18701-2588

ALSO MEMBER OF
THE FLORIDA BAR

LL.M TAXATION

TELEPHONE
(570) 823-9400

FAX
(570) 208-1400

e-mail
dh@lawofficeofdavidharris.com

web site
davidharrisbankruptcylaw.com

July 24, 2024

United States Bankruptcy Court
ATTN: Marie Kalinoski
900 Market Street
Suite 400
Philadelphia, PA 19107



JUL 29 2024

TIMOTHY McGRATH, CLERK

**Certified Mail/Return Receipt Requested**
**Article # 7018 0680 0002 0718 7786**

Re: **David J. Harris, Esquire | Motion for Admission Pro Hac Vice to Represent Sheila S. Sidelnick in Connection with a Chapter 7 Bankruptcy Filing**

Dear Ms. Kalinoski:

At your request following our telephone conversations during the past month, I am forwarding this letter to you to provide to the Court.

As mentioned, I am a 40-year licensed bankruptcy practitioner in the Middle District of Pennsylvania and am admitted to practice before the Pennsylvania Supreme Court, the District Court and Bankruptcy Court for the Middle District of Pennsylvania, the Court of Appeals for the Third Circuit, the United States Supreme Court, and the Florida Supreme Court.

I now have the occasion to take on representation of Sheila S. Sidelnick in connection with a chapter 7 bankruptcy filing in the Bankruptcy Court for the Eastern District of Pennsylvania, but I am not admitted in the Eastern District, although I have been admitted there *pro hac vice* numerous times with respect to adversary proceedings and one chapter 7 case.

As I expressed to you, my sponsor, a long-time member of the Bars of the District Court and Bankruptcy Court for the Eastern District, desires to submit a Motion to have me admitted to the Bankruptcy Court *pro hac vice*, but is unable to do so because he does not have a docket number and cannot procure one without my first filing a bankruptcy petition to initiate the desired chapter 7 case. By contrast, I cannot file the bankruptcy case without being admitted in the Eastern District. Moreover, the Local Rules address only admission *pro hac vice* with respect to pending cases and proceedings with assigned docket numbers.

United States Bankruptcy Court
ATTN: Marie Kalinoski
July 24, 2024
Page 2

    Previously in 2021, I represented a chapter 7 debtor in the Eastern District by submitting a Motion to be admitted *pro hac vice* first to the District Court where I believe a docket entry was assigned, followed by my filing a bankruptcy petition with the Bankruptcy Court.

    I now look to the Court for direction that will enable me to initiate the referenced bankruptcy case by submitting this letter as your requested.

    If you or the Court have any questions, please feel free to call me.

Very truly yours,

*[signature]*

DAVID J. HARRIS

DJH/dh
Encl.